UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

NOV - 4 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ANTHONY ADAMS, JR.** (Counts 1, 2, 11)
**ROENEIL JONES** (Counts 3, 4, 12)
**CHRISTOPHER WHITE** (Counts 5, 13)
**DILLON SUTHERLAND** (Counts 6, 15)
**TERRY SUTHERLAND** (Counts 7, 8)
**ROBERT MALONE** (Counts 9, 10, 14)
**GARY WHITE, SR.** (Count 16)

INDICTMENT

NO. 3:25CR167 DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 924(l)
18 U.S.C. §933(a)(1)
18 U.S.C. §933(a)(2)
18 U.S.C. §933(a)(3)
18 U.S.C. §933(b)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Theft of Firearm)*

On or about and between March 31, 2025, and April 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTHONY ADAMS, JR.**, did knowingly steal a firearm, that is:

| | |
|---|---|
| 1) | a Ruger, model LCR, .22 caliber revolver, bearing serial number 1543-39717 |
| 2) | a Tisas, model MAC 9 DS, 9-millimeter pistol, bearing serial number T0620-25DM00807 |
| 3) | a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000943 |
| 4) | a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266 |
| 5) | a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AC003720 |
| 6) | a Glock, model 21, .45 caliber pistol, bearing serial number AKNP090 |
| 7) | a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN492 |
| 8) | a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN493 |
| 9) | a Glock, model 26, 9-millimeter pistol, bearing serial number ADLT769 |
| 10) | a Smith & Wesson, model Bodyguard 2.0, .380 caliber pistol, bearing serial number EJY9491 |
| 11) | an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK186355 |
| 12) | an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK175125 |
| 13) | a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239 |
| 14) | a Glock, model 17, 9-millimeter pistol, bearing serial number ZBL466 |
| 15) | a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800 |
| 16) | a Glock, model 47, 9-millimeter pistol, bearing serial number CCNF036 |
| 17) | a Glock, model 17, 9-millimeter pistol, bearing serial number CEYW379 |

| |
|---|
| 18) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL215 |
| 19) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL216 |
| 20) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN504 |
| 21) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP580 |
| 22) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP579 |
| 23) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS755 |
| 24) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754 |
| 25) an American Tactical Imports, Alpha Maxx, .300 caliber pistol, bearing serial number NX020193 |
| 26) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796 |
| 27) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA838 |
| 28) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA74 |
| 29) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS772 |
| 30) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS758 |
| 31) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP568 |
| 32) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP690 |
| 33) a Glock, model 48, 9-millimeter pistol, bearing serial number CBLC745 |
| 34) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL075 |
| 35) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL074 |
| 36) a Glock, model 19, 9-millimeter pistol, bearing serial number CEZL282 |
| 37) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN552 |
| 38) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222 |
| 39) a Glock, model 26, 9-millimeter pistol, bearing serial number AKLS348 |
| 40) a Glock, model 45, 9-millimeter pistol, bearing serial number CDMN124 |
| 41) a Glock, model 45, 9-millimeter pistol, bearing serial number CCEF076 |
| 42) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL087 |
| 43) a Glock, model 27, .40 caliber pistol, bearing serial number CCCS900 |
| 44) a Taurus, model G3C, 9-millimeter pistol, bearing serial number AGG315802 |
| 45) a Ruger, model LCP, .380 caliber pistol, bearing serial number 380996289 |
| 46) a Kimber, model LW, .45 caliber pistol, bearing serial number KY048726 |
| 47) a Kimber, model LW, .45 caliber pistol, bearing serial number KY047489 |
| 48) a Glock, model 17 GEN 5, 9-millimeter pistol, bearing serial number CEYW966 |
| 49) a Glock, model 20 GEN 5, 10-millimeter pistol, bearing serial number ALCM526 |
| 50) a Glock, model 47, 9-millimeter pistol, bearing serial number CFFR242 |
| 51) a Glock, model 47, 9-millimeter pistol, bearing serial number CFFR240 |
| 52) a Glock, model 19 GEN 5, 9-millimeter pistol, bearing serial number CEEF821 |

which had moved in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 924(l).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Stolen Firearm)*

On or about April 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTHONY ADAMS, JR.**, knowingly possessed a stolen firearm, that

is, a German Sports Guns, Model GSG-16, .22 caliber rifle, bearing serial number A930911, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
### (Possession of a Stolen Firearm)

On or about and between April 2, 2025, and May 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROENEIL JONES**, knowingly possessed a stolen firearm, that is, a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754 and a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 4
### (Possession of a Firearm by a Prohibited Person)

On or about and between April 2, 2025, and May 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROENEIL JONES**, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754 and a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 12, 2024, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 23-CR-0607, **ROENEIL JONES**, was convicted of the offenses of Complicity to Receiving Stolen Property Over $1,000 Under $10,000, Complicity to Wanton Endangerment in the First Degree (4 counts), Complicity to Fleeing or Evading Police in the First Degree (Motor Vehicle), Complicity to Fleeing or Evading Police in the First Degree (Pedestrian), and Complicity to Receiving Stolen Firearm.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Stolen Firearm)*

On or about and between April 8, 2025, and April 19, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER WHITE**, knowingly possessed a stolen firearm, that is, a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 6
*(Possession of a Stolen Firearm)*

On or about and between April 9, 2025, and April 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DILLON SUTHERLAND**, knowingly possessed a stolen firearm, that is, a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222; and a Benelli, model Super Black Eagle 3, 12-gauge shotgun bearing serial number U755406W, which had been shipped and

transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 7
*(Possession of a Stolen Firearm)*

On or about April 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY SUTHERLAND**, knowingly possessed a stolen firearm, that is, a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748; and a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 8
*(Possession of a Firearm by a Prohibited Person)*

On or about April 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRY SUTHERLAND**, knowingly possessed, in and affecting commerce, a firearm, that is, a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222; and a Romarm/Cugir, model Micro Draco, 7.62 millimeter pistol, bearing serial number ROA 21-DG-2533, with knowledge

that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about July 13, 2010, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 09-CR-3249, **TERRY SUTHERLAND**, was convicted of the offense of Robbery in the First Degree.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

## COUNT 9
*(Possession of a Stolen Firearm)*

On or about April 18, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROBERT MALONE**, knowingly possessed a stolen firearm, that is, a Glock, model 19, 9-millimeter pistol, bearing serial number BPDN335, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 10
*(Illegal Possession of a Machine Gun)*

On or about April 18, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROBERT MALONE**, did knowingly possess a machine gun, that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The Grand Jury further charges:

## COUNT 11
*(Firearms Trafficking)*

Beginning on or about March 31, 2025, and continuing to on or about April 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANTHONY ADAMS, JR.**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, that is:

1) a Ruger, model LCR, .22 caliber revolver, bearing serial number 1543-39717
2) a Tisas, model MAC 9 DS, 9-millimeter pistol, bearing serial number T0620-25DM00807
3) a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000943
4) a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266
5) a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AC003720
6) a Glock, model 21, .45 caliber pistol, bearing serial number AKNP090
7) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN492
8) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN493
9) a Glock, model 26, 9-millimeter pistol, bearing serial number ADLT769
10) a Smith & Wesson, model Bodyguard 2.0, .380 caliber pistol, bearing serial number EJY9491
11) an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK186355
12) an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK175125
13) a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239
14) a Glock, model 17, 9-millimeter pistol, bearing serial number ZBL466
15) a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800
16) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNF036
17) a Glock, model 17, 9-millimeter pistol, bearing serial number CEYW379
18) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL215
19) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL216
20) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN504
21) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP580
22) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP579
23) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS755
24) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754
25) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796
26) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA838
27) a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748
28) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS772
29) a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS758
30) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP568
31) a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP690
32) a Glock, model 48, 9-millimeter pistol, bearing serial number CBLC745
33) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL075
34) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL074
35) a Glock, model 19, 9-millimeter pistol, bearing serial number CEZL282
36) a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN552
37) a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222
38) a Glock, model 26, 9-millimeter pistol, bearing serial number AKLS348

| | |
|---|---|
| 39) | a Glock, model 45, 9-millimeter pistol, bearing serial number CDMN124 |
| 40) | a Glock, model 45, 9-millimeter pistol, bearing serial number CCEF076 |
| 41) | a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL087 |
| 42) | a Glock, model 27, .40 caliber pistol, bearing serial number CCCS900 |
| 43) | a Taurus, model G3C, 9-millimeter pistol, bearing serial number AGG315802 |
| 44) | a Ruger, model LCP, .380 caliber pistol, bearing serial number 380996289 |
| 45) | a Kimber, model LW, .45 caliber pistol, bearing serial number KY048726 |
| 46) | a Kimber, model LW, .45 caliber pistol, bearing serial number KY047489 |

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

The Grand Jury further charges:

## COUNT 12
### (*Firearms Trafficking*)

Beginning on or about April 2, 2025, and continuing to on or about May 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROENEIL JONES**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, and did conspire and attempt to do so, that is a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754 and a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3) and 933(b).

The Grand Jury further charges:

## COUNT 13
*(Firearms Trafficking)*

Beginning on or about April 8, 2025, and continuing to on or about April 19, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER WHITE**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, that is a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

The Grand Jury further charges:

## COUNT 14
*(Firearms Trafficking)*

Beginning on or about April 8, 2025, and continuing to on or about April 19, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROBERT MALONE**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, and did conspire and attempt to do so, that is a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3) and 933(b).

The Grand Jury further charges:

## COUNT 15
*(Firearms Trafficking)*

Beginning on or about April 9, 2025, and continuing to on or about April 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DILLON SUTHERLAND**, did receive from another person a firearm, that is a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748; and a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222, in or otherwise affecting commerce, knowing or having reasonable cause to believe that such receipt would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

The Grand Jury further charges:

## COUNT 16
*(Possession of a Firearm by a Prohibited Person)*

On or about April 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **GARY WHITE, SR.**, knowingly possessed, in and affecting commerce, a firearm, that is, a Bersa, model Firestorm, .380 caliber pistol, bearing serial number 900914 and a Glock, model 23 GEN 4, .40 caliber pistol, bearing serial number BAKE730, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about September 19, 2012, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 10-CR-3865, **GARY WHITE, SR.**, was convicted of the offense of Burglary in the Third Degree.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(j), 922(g)(1), 924(l), 924(a)(2), 924(a)(8), 933(a) and 933(b), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ANTHONY ADAMS, JR., ROENEIL JONES, CHRISTOPHER WHITE, DILLON SUTHERLAND, TERRY SUTHERLAND, ROBERT MALONE,** and **GARY WHITE, SR.,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to a Ruger, model LCR, .22 caliber revolver, bearing serial number 1543-39717; a Tisas, model MAC 9 DS, 9-millimeter pistol, bearing serial number T0620-25DM00807; a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000943; a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AD000266; a Kimber, model CDS9, 9-millimeter pistol, bearing serial number AC003720; a Glock, model 21, .45 caliber pistol, bearing serial number AKNP090; a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN492; a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN493; a Glock, model 26, 9-millimeter pistol, bearing serial number ADLT769; a Smith & Wesson, model Bodyguard 2.0, .380 caliber pistol, bearing serial number EJY9491; an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK186355; an HS Produkt, model Hellcat, 9-millimeter pistol, bearing serial number BK175125; a Smith & Wesson, model 637 Airweight, .38 caliber revolver, bearing serial number DPN8239; a Glock, model 17, 9-millimeter pistol, bearing serial number ZBL466; a Tisas, model MAC9 DS D Comp, 9-millimeter pistol, bearing serial number T0620-25DM00800; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNF036; a Glock, model 17, 9-millimeter pistol, bearing serial number CEYW379; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL215; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL216; a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN504;

a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP580; a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP579; a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS755; a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS754; an American Tactical Imports, Alpha Maxx, .300 caliber pistol, bearing serial number NX020193; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA796; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA838; a Glock, model 43, 9-millimeter pistol, bearing serial number ADSA748; a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS772; a Glock, model 43X, 9-millimeter pistol, bearing serial number CEXS758; a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP568; a Glock, model 43X, 9-millimeter pistol, bearing serial number CETP690; a Glock, model 48, 9-millimeter pistol, bearing serial number CBLC745; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL075; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL074; a Glock, model 19, 9-millimeter pistol, bearing serial number CEZL282; a Glock, model 19, 9-millimeter pistol, bearing serial number CEKN552; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL222; a Glock, model 26, 9-millimeter pistol, bearing serial number AKLS348; a Glock, model 45, 9-millimeter pistol, bearing serial number CDMN124; a Glock, model 45, 9-millimeter pistol, bearing serial number CCEF076; a Glock, model 47, 9-millimeter pistol, bearing serial number CCNL087; a Glock, model 27, .40 caliber pistol, bearing serial number CCCS900; a Taurus, model G3C, 9-millimeter pistol, bearing serial number AGG315802; a Ruger, model LCP, .380 caliber pistol, bearing serial number 380996289; a Kimber, model LW, .45 caliber pistol, bearing serial number KY048726; a Kimber, model LW, .45 caliber pistol, bearing serial number KY047489; a Glock, model 17 GEN 5, 9-millimeter pistol, bearing serial number CEYW966; a Glock, model 20 GEN 5, 10-millimeter pistol, bearing serial number ALCM526; a Glock, model 47, 9-millimeter pistol, bearing serial number CFFR242; a Glock, model 47, 9-millimeter pistol, bearing serial number CFFR240; a Glock, model 19 GEN 5, 9-millimeter pistol, bearing serial number

CEEF821; a German Sports Guns, Model GSG-16, .22 caliber rifle, bearing serial number A930911; Benelli, model Super Black Eagle 3, 12-gauge shotgun bearing serial number U755406W; a Bersa, model Firestorm, .380 caliber pistol, bearing serial number 900914; a Glock, model 23 GEN 4, .40 caliber pistol, bearing serial number BAKE730, and a Glock Switch machinegun conversion device bearing no serial number.

A TRUE BILL.

[Redacted]
FOREPERSON

*[signature]*

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:APG:11.04.2025

UNITED STATES OF AMERICA v. ANTHONY ADAMS, JR., ET AL.

## PENALTIES

Count 1:              NM 10 yrs./250,000$/both/NM 3 yrs. Supervised Release
Counts 2, 3, 5-7, 9:  NM 10 yrs./$10,000/both/NM 3 yrs. Supervised Release (each count)
Counts 4, 8, 11-16:   NM 15 yrs./250,000$/both/NM 3 yrs. Supervised Release (each count)
Count 10:             NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.